PROGRESSIVE PROPERTIES, INC.

Plaintiff

vs

LIBERTY MUTUAL INSURANCE COMPANY

Defendant

20181112150826
Superior Court Of New Jersey
MORRIS Venue
Docket Number: MRS L 2232 18

**Person to be served** (Name and Address):
LIBERTY MUTUAL INSURANCE COMPANY
~~175 BERKELEY STREET~~
BOSTON MA 02117
**By serving:** LIBERTY MUTUAL INSURANCE COMPANY

**Attorney:** MICHAEL T. BUONOCORE, ESQ.

**Papers Served:** SUMMONS, COMPLAINT, CERTIFICATIONS, CIS

**Service Data:** [X] Served Successfully   [ ] Not Served

Date/Time: 11/19/18   9:30 am

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

Name of Person Served and relationship/title:
BERNARDO MONTANEZ
CLERK

* ADDRESS CORRECTION
C/O CSC - REGISTERED AGENT
84 STATE ST.
BOSTON, MA

**Description of Person Accepting Service:**
SEX: M  AGE: 55  HEIGHT: 5'8"  WEIGHT: 250  SKIN: HISP.  HAIR: BALD  OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant

[ ] No response on:   Date/Time: _____
                     Date/Time: _____
                     Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this
19 day of NOV, 2018
Notary Signature: _____
Name of Notary: DAVID AYLES
Commission Expiration: DEC 12, 20__

I, JOHN RYMARLOWY was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   11/19/2018
Date

Name of Private Server: JOHN RYMARLOWY  Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) 672-1952