**K & L Roofing and Construction L.L.C.**

236 Kinnelon Road
Kinnelon, NJ 07405
Phone: (877) 697-6631
Fax: (254) 304-1304

| | |
|---|---|
| Property: | 477 State Route 10 |
| | Randolph, NJ 07869 |
| Operator: | KLROOFIN |

| | | | |
|---|---|---|---|
| Estimator: | Kevin Reisch | Business: | (877) 697-6631 x 1 |
| Position: | Owner | E-mail: | KLRoofingConstruction@gmail.com |
| Company: | K & L Roofing and Construction L.L.C. | | |
| Business: | 236 Kinnelon Road | | |
| | Kinnelon, NJ 07405 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Wind Damage | | |
| Date Entered: | 5/9/2017 | Date Assigned: | |

| | |
|---|---|
| Price List: | NJPT8X_MAY17 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 2017-05-09-2156 |

 **K & L Roofing and Construction L.L.C.**

236 Kinnelon Road
Kinnelon, NJ 07405
Phone: (877) 697-6631
Fax: (254) 304-1304

**2017-05-09-2156**

### Roof

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 6. Remove Laminated - comp. shingle rfg. - w/out felt | 217.00 SQ @ | 59.03 = | 12,809.51 |
| 7. Laminated - comp. shingle rfg. - w/out felt | 252.00 SQ @ | 205.72 = | 51,841.44 |
| 8. Remove Additional charge for high roof (2 stories or greater) | 217.00 SQ @ | 10.02 = | 2,174.34 |
| 9. Additional charge for high roof (2 stories or greater) | 217.00 SQ @ | 22.29 = | 4,836.93 |
| 10. Ice & water shield | 5,523.00 SF @ | 1.55 = | 8,560.65 |
| 11. Roofing felt - 15 lb. | 161.77 SQ @ | 28.31 = | 4,579.71 |
| 12. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 27.50 SQ @ | 13.29 = | 365.48 |
| 13. Additional charge for steep roof - 7/12 to 9/12 slope | 31.90 SQ @ | 39.83 = | 1,270.58 |
| 14. Remove Additional charge for steep roof greater than 12/12 slope | 64.43 SQ @ | 25.93 = | 1,670.67 |
| 15. Additional charge for steep roof greater than 12/12 slope | 74.74 SQ @ | 79.15 = | 5,915.67 |
| 16. R&R Drip edge/gutter apron | 1,168.00 LF @ | 2.58 = | 3,013.44 |
| 17. R&R Ridge cap - synthetic composite shingles | 545.00 LF @ | 10.86 = | 5,918.70 |
| 18. R&R Continuous ridge vent - shingle-over style | 394.00 LF @ | 8.52 = | 3,356.88 |
| 19. Step flashing | 113.00 LF @ | 9.20 = | 1,039.60 |
| 20. R&R Flashing, 20" wide | 407.00 LF @ | 4.23 = | 1,721.61 |
| 21. Scaffold - per section (per day) | 90.00 DA @ | 16.20 = | 1,458.00 |
| 26. Asphalt starter - laminated double layer starter | 1,400.00 LF @ | 4.32 = | 6,048.00 |
| 27. Solar electric panel - Detach & reset | 60.00 EA @ | 127.66 = | 7,659.60 |
| 29. Solar electric panel - mounting hardware - Detach & reset | 60.00 EA @ | 17.58 = | 1,054.80 |
| 30. Flat roof | 1.00 SF @ | 9,000.00 = | 9,000.00 |
| 32. R&R Flashing - pipe jack | 20.00 EA @ | 44.88 = | 897.60 |
| 33. Roof mount power attic vent - Detach & reset | 11.00 EA @ | 150.76 = | 1,658.36 |

### Driveway

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 3.00 EA @ | 1,037.17 = | 3,111.51 |
| 2. R&R Sheathing - plywood - 5/8" CDX - per ind. material source | 1,800.00 SF @ | 1.82 = | 3,276.00 |
| Driveway Protection from Dumpster | | | |
| 4. R&R 2" x 10" lumber (1.67 BF per LF) | 360.00 LF @ | 3.91 = | 1,407.60 |
| Driveway Protection from Dumpster | | | |
| 22. General Demolition - per hour | 7.00 HR @ | 47.54 = | 332.78 |
| Driveway Set up and take down | | | |
| 23. Roofing - General Laborer - per hour | 6.00 HR @ | 42.50 = | 255.00 |
| Extra clean up due to parking lot activity | | | |
| 24. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 5,000.00 SF @ | 0.89 = | 4,450.00 |
| Driveway Protection | | | |

 K & L Roofing and Construction L.L.C.

236 Kinnelon Road
Kinnelon, NJ 07405
Phone: (877) 697-6631
Fax: (254) 304-1304

**CONTINUED - Driveway**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|

**Permit**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 5.  Taxes, insurance, permits & fees (Bid Item) | 1.00  EA @ | | 0.00 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 31.  Flat roof/membrane roofing labor minimum | 1.00  EA @ | 321.33 = | 321.33 |

 **K & L Roofing and Construction L.L.C.**

236 Kinnelon Road
Kinnelon, NJ 07405
Phone: (877) 697-6631
Fax: (254) 304-1304

## Summary

| | |
|---|---:|
| Line Item Total | 150,005.79 |
| Mat Tax (Cap Impr) | 2,544.50 |
| Subtotal | 152,550.29 |
| Overhead | 15,255.05 |
| Profit | 15,255.05 |
| **Replacement Cost Value** | **$183,060.39** |
| **Net Claim** | **$183,060.39** |

Kevin Reisch
Owner



**K & L Roofing and Construction L.L.C.**

236 Kinnelon Road
Kinnelon, NJ 07405
Phone: (877) 697-6631
Fax: (254) 304-1304

## Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Mat Tax (Cap Impr) (6.875%) | Clothing Acc Tax (6.875%) | Storage Rental Tax (6.875%) |
|---|---|---|---|---|---|
| **Line Items** | 15,255.05 | 15,255.05 | 2,544.50 | 0.00 | 0.00 |
| **Total** | **15,255.05** | **15,255.05** | **2,544.50** | **0.00** | **0.00** |

 **K & L Roofing and Construction L.L.C.**

236 Kinnelon Road
Kinnelon, NJ 07405
Phone: (877) 697-6631
Fax: (254) 304-1304

## Recap by Room

**Estimate: 2017-05-09-2156**

| | | |
|---|---:|---:|
| **Roof** | **136,851.57** | **91.23%** |
| **Driveway** | **12,832.89** | **8.55%** |
| **Labor Minimums Applied** | **321.33** | **0.21%** |
| **Subtotal of Areas** | **150,005.79** | **100.00%** |
| **Total** | **150,005.79** | **100.00%** |



**K & L Roofing and Construction L.L.C.**

236 Kinnelon Road
Kinnelon, NJ 07405
Phone: (877) 697-6631
Fax: (254) 304-1304

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| **GENERAL DEMOLITION** | 24,538.68 | 13.40% |
| **ELECTRICAL - SPECIAL SYSTEMS** | 8,714.40 | 4.76% |
| **FRAMING & ROUGH CARPENTRY** | 1,083.60 | 0.59% |
| **ROOFING** | 110,161.11 | 60.18% |
| **SCAFFOLDING** | 1,458.00 | 0.80% |
| **TEMPORARY REPAIRS** | 4,050.00 | 2.21% |
| **O&P Items Subtotal** | 150,005.79 | 81.94% |
| Mat Tax (Cap Impr) | 2,544.50 | 1.39% |
| Overhead | 15,255.05 | 8.33% |
| Profit | 15,255.05 | 8.33% |
| **Total** | **183,060.39** | **100.00%** |